

# NUMBER 13-23-00434-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**NOAH JOSEPH HERMES,**                                                       **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                        **Appellee.**

**On appeal from the County Court
of Lavaca County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Justice Tijerina**

This cause is before the Court on appellant's motion to dismiss this appeal. The motion was signed by both counsel and the appellant. We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

Accordingly, the motion to dismiss is granted. Without passing on the merits of the

case, the appeal is hereby dismissed. Having dismissed the appeal at appellant's request,

no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
8th day of February, 2024.